# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE VANOCHTEN, | : | Civil No. 1:25-CV-00133 |
| Petitioner, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice.

2. Plaintiff may file an amended petition naming the proper Respondent in this action by **March 24, 2025**.

3. The amended petition shall be titled "Amended Petition" and contain the same case number as captioned above.

4. Failure to file timely file an amended petition will result in the court closing the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1