# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE VANOCHTEN, | : | Civil No. 1:25-CV-00133 |
| Petitioner, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The amended petition, Doc. 6, is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania